UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YARMAN SMITH, a Minor, by LAGERTHA SMITH, his guardian *ad litem*, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE BOARD OF EDUCATION OF THE BERKELEY UNIFIED SCHOOL DISTRICT, et al., <br><br> Defendants. <br>_____/ | No. C  04-3306 WDB <br><br> ORDER FOLLOWING FINAL FAIRNESS HEARING |

On August 3, 2005, the Court conducted a final fairness hearing to consider whether the settlement proposed in this case should be given final approval.  William Koski, Esq., Gabriela Ruiz, Esq., and Molly Dunn, Esq., appeared for plaintiffs.  Marleen Sacks, Esq., appeared for defendants.

The Court first informed the parties that it had <u>not</u> received any objections from class members to the terms of the proposed Consent Decree.  Counsel for the parties also represented that they had not received and were not aware of any objections by class members to the proposed Consent Decree.

Second, the Court addressed execution of the approved notice plan.  On June 10, 2005, defendants' counsel filed a declaration confirming that defendants had complied with

1

all of their obligations under the approved notice plan. At the final fairness hearing, plaintiffs' counsel William Koski represented that the legal organizations representing plaintiffs had posted the notice and proposed Consent Decree on their respective websites. These postings satisfy plaintiffs' counsels' responsibilities under the approved notice plan. Accordingly, the Court finds that the approved notice plan was executed in full.

The Court and the parties next discussed the reaction of class members and members of the community to the proposed Consent Decree. As mentioned above, no class members filed objections to implementation of the decree. In addition, plaintiffs' counsel represented that he had received positive feedback from class members and from local legal professionals. Plaintiffs' counsel also stated that the substance of telephone calls made to plaintiffs' counsel's offices following distribution of the notice of the proposed Consent Decree led him to believe that additional students will seek to take advantage of its equitable relief provisions.

Finally, the Court and the parties addressed the outreach provisions located at page four, paragraph one of the proposed Consent Decree. Defense counsel stated on the record that defendants would make good-faith, <u>reasonable</u> efforts to ensure notice is actually given to the three categories of students described in this paragraph.

After these discussions, the Court made the following findings and rulings:

1. The Court FINDS that the proposed Consent Decree is not the product of fraud or overreaching by, or collusion between, the negotiating parties.

2. For the reasons expressed in the Court's Order (1) Provisionally Certifying Class for Settlement Purposes, (2) Approving Parties' Proposed Notice Plan, (3) Setting Date for Fairness Hearing, (4) Preliminarily Approving Consent Decree, and (5) Conditionally Granting Petition for Approval of the Attorney's Fees Portion of the Settlement, e-filed May 17, 2005 (May 17, 2005, Order), and based on the positive reaction of class members to the proposed Consent Decree, the Court FINDS that the proposed Consent Decree is fundamentally fair, adequate, and reasonable. The Court further FINDS that the heightened

standard of fairness governing court approval of pre-certification settlement agreements is met in this case. Accordingly, the court gives formal and final APPROVAL of the proposed Consent Decree.[1]

3. For the reasons discussed in the Court's May 17, 2005, Order, the Court finds the fee award negotiated by the parties to be reasonable. Accordingly, the Court GRANTS plaintiffs' petition for approval of the attorneys fees portion of the settlement.

4. The parties **must** submit a proposed Stipulated Judgment that complies with Federal Rule of Civil Procedure 23(c)(3) as soon as practicable.

IT IS SO ORDERED.

Dated:   August 3, 2005

WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:
Parties, WDB, stats

Attachment

---

[1] The final Consent Decree is attached as Exhibit A to this Order.